FILED

DEC 16 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17cr2861(3) |
| Plaintiff, | |
| v. | **ORDER DENYING:** |
| KEVIN AARON LATHUM, | **1. DEFENDANT'S MOTION TO CORRECT THE PRESENTENCE REPORT; and** |
| Defendant. | **2. DEFENDANT'S MOTION TO AMEND THE JUDGMENT TO REMIT THE $25,000 FINE.** |

**[ECF No. 129; 132]**

Before the Court are Kevin Aaron Lathum's motions to correct the Pre-Sentence Report and to amend the Judgment to remit the $25,000 fine. For the reasons discussed below, the motions are denied.

Lathum seeks to amend the Pre-Sentence Report to remove references to his possession of a firearm and ammunition. According to Rule 32(f)(1) of the Federal Rules of Criminal Procedure, the time to object to matters in the Pre-Sentence Report is fourteen days after receipt. Objections must be in writing. *Id.* The Pre-Sentence Report in this case was filed December 21, 2017. No objections were filed and the time to file objections passed long ago. Moreover, the references in the Pre-Sentence Report appear

17cr2861(3)

to be accurate and based upon admissions in Lathum's plea agreement.  Therefore, the Pre-Sentence Report needs no correction, and the motion is denied.

Lathum also moves to amend the Sentence and Judgment to remit the $25,000 fine imposed.  Like the time for objecting to the Pre-Sentence Report, the time to amend the Sentence and Judgment is long past.  Rule 35(a) of the Federal Rules of Criminal Procedure provides that a defendant must move to correct a sentence with fourteen days. *See e.g., United States v. Barragan-Mendoza*, 174 F.3d 1024, 1030 (9th Cir. 1999) (Because district court did not act within the short period of time set out in Rule 35(c) after the imposition of sentence, it lacked jurisdiction to modify the sentence); *see also United States v. Packard*, No. 19CR3886-H, 2021 WL 4751173, at *1 (S.D. Cal. Oct. 12, 2021) (a district court is generally prohibited from modifying a sentence once it has been imposed, unless expressly permitted by law).  In this case, the sentence and the fine were imposed on March 9, 2018.  The time for properly bringing Lathum's motion to correct the sentence and change the fine has passed.

### ORDER

For the reasons set forth above, IT IS ORDERED that the motions be denied.

**IT IS SO ORDERED.**

DATED:    December /5, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge

-2-

17cr2861(3)